UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERAMY MICHAEL HOLDER,

    Petitioner,

v.                                    Case No.:  2:23-cv-784-SPC-NPM

WILLIAM G. PRUMMELL, JR. ,

    Respondent.
_____/

## ORDER

Plaintiff Jeramy Michael Holder, an inmate in Charlotte County Jail, filed a *pro se* complaint on September 26, 2023 (Doc. 1).   In its Standing Order, the Court ordered Holder to pay the filing fee or move to proceed *in forma pauperis* no later than October 26, 2023. (Doc. 3).   Holder did not comply.

Before dismissing a prisoner's complaint for failure to pay a filing fee or request leave to proceed without one, a court must make a reasonable inquiry into the reason for the failure.   *Wilson v. Sargent*, 313 F.3d 1315, 1320-21 (11th Cir. 2002).   A prisoner's case should not be dismissed if his failure to pay the filing fee is caused by circumstances beyond his control.   *Id.* at 1321.

On November 8, 2023, the Court ordered Holder to show cause why this case should not be dismissed for failure to prosecute and failure to comply with

2

the Court's Standing Order (Doc. 6).   Holder did not respond.   The Court will therefore dismiss this action without prejudice.

Accordingly, it is now

**ORDERED:**

1. This above-captioned action is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on December 4, 2023.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:   FTMP-1
Copies:   All Parties of Record